RECEIVED
IN ALEXANDRIA, LA.
FEB 2 9 2012
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| THOMAS C. GRADY,<br>    Petitioner | CIVIL ACTION<br>SECTION "P"<br>1:10-CV-01157 |
| VERSUS | |
| WARDEN, USP-POLLOCK,<br>    Respondent | JUDGE JAMES T. TRIMBLE, JR<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Grady's Section 2241 habeas petition is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 29th day of February, 2012.

                                                  JAMES T. TRIMBLE, JR.
                                                UNITED STATES DISTRICT JUDGE